IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: David Stock | ) | Proceedings Under Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 09-15452 |
| | ) | |
| | ) | Judge Randolph Baxter |

Notice of Motion for a Determination that the Requirements of §§109(h)(1) and 727(a)(11) Do Not Apply with Respect to Mr. Stock

   David Stock has filed a Motion to Avoid Liens as set forth above.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the objection or if you want the court to consider your views on the objection, then on or before July 14, 2009 you or your attorney must:

1. File a written response, explaining your position, at:

    United States Bankruptcy Court
    Howard M. Metzenbaum, U.S. Court House
    201 Superior Ave.
    Cleveland, OH 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:

    Susan M. Gray, Esquire
    22255 Center Ridge Road, Suite 210
    Rocky River, Ohio  44116

3. Attend the hearing scheduled to be held on July 21, 2009 at 9:00 am in Room **#2B** of the Howard M. Metzenbaum, U.S. Court House, 201 Superior Ave., Cleveland, OH 44114.  The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

Respectfully submitted,

/s/Susan M. Gray (0062356)
Susan M Gray, Attorney for Mr. Stock
22255 Center Ridge Road, Suite 210
Rocky River, Ohio 44116
Phone: (440) 331-3940
Fax: (440) 331-8160

Certificate of Service

On this 16[h] day of June 2009, a copy of the foregoing notice of amended schedules was served upon the following pursuant to the court's electronic case filing system:

**ECF:**

Susan M. Gray, ecf@smgraylaw.com;

Chapter 7 Trustee

United States Trustee

                                          /s/ Susan M. Gray
                                          **SUSAN M. GRAY**
                                          Counsel for Mr. Stock